377 A.2d 1268

**COMMONWEALTH of Pennsylvania**

v.

**Clement J. LUDWIG, Appellant.**

**COMMONWEALTH of Pennsylvania**

v.

**George M. LAUGHLIN, Appellant.**

Supreme Court of Pennsylvania.

Argued May 23, 1977.

Decided Oct. 7, 1977.

Thomas J. McCormack, Philadelphia, for appellant.

LeRoy S. Zimmerman, Dist. Atty., Reid H. Weingarten, Deputy Dist. Atty., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## ORDER OF COURT

PER CURIAM.

The appeal is dismissed as having been improvidently granted.